**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **WILLIE PACE,** Plaintiff, v. **HURST BOILER & WELDING CO.,** Defendant. | Civil Action 7:10-CV-116 (HL) |

**ORDER**

During the status conference held on February 1, 2011, Plaintiff stated that he is in the process of hiring an attorney to represent him in this case. If Plaintiff hires an attorney, that attorney should file an entry of appearance on Plaintiff's behalf no later than February 11, 2011. If Plaintiff does not retain counsel for some reason, he is to notify the Court of that fact in writing no later than February 11, 2011.

Plaintiff or his counsel are directed to work with Defendant's counsel to prepare a Rules 16/26 Report as outlined in the Court's order dated November 18, 2010. A joint Rules 16/26 Report is to be filed no later than March 1, 2011. If Plaintiff or his counsel does not cooperate with Defendant's counsel in the preparation of the Report, Plaintiff's complaint will be dismissed.

**SO ORDERED**, this the 2nd day of February, 2011.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh