# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| WILLIE PACE,<br><br>       Plaintiff,<br>v.<br><br>HURST BOILER & WELDING CO.,<br><br>       Defendant. | Civil Action 7:10-CV-116 (HL) |

## ORDER

On February 2, 2011, the Court entered an order requiring Plaintiff to work with Defendant's counsel to prepare a Rules 16/26 Report as outlined in the Court's order dated November 18, 2010. The order further stated that a **joint** Rules 16/26 Report was to be filed no later than March 1, 2011.

On February 11, 2011, Plaintiff filed a Rules 16/26 Report. The report, however, is not a joint report, as it is not signed by counsel for Defendant. The Clerk of Court is directed to make a notation on the docket that Document 28 is not accepted by the Court.

The Court will give Plaintiff one more opportunity to correct this matter. The parties are ordered to file a joint Rules 16/26 Report **on February 23, 2011**. If Plaintiff does not cooperate with defense counsel in preparing the report or files another report that is not a joint report, his complaint will be dismissed.

**SO ORDERED**, this the 15th day of February, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh