IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WILLIE PACE,** <br><br> Plaintiff, <br> v. <br><br> **HURST BOILER & WELDING CO.,** <br><br> Defendant. | Civil Action 7:10-CV-116 (HL) |

**ORDER**

Currently before the Court is Plaintiff's Motion for Case to Go to Trial (Doc. 40). The Motion is denied. If and when the case is ready for trial, the Court will set it down for trial.

**SO ORDERED**, this the 15th day of August, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh