IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WILLIE PACE,**<br><br>        Plaintiff,<br>v.<br><br>**HURST BOILER & WELDING CO.,**<br><br>        Defendant. | Civil Action 7:10-CV-116 (HL) |

### ORDER

This case is before the Court on Plaintiff's Motion to Appoint Counsel (Doc. 55).

Civil litigants do not have an absolute constitutional right to the appointment of counsel. Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987). Instead, the appointment of counsel in a civil case is "a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." Id. Here, there are not any exceptional circumstances that could possibly justify the appointment of counsel for Plaintiff. Plaintiff's claim is a typical Title VII claim. This case does not involve novel or complex issues as to require the assistance of a trained practitioner. Further, the Court has already determined that Plaintiff's claims lack merit.

Plaintiff's Motion to Appoint Counsel (Doc. 55) is denied.

**SO ORDERED**, this the 2nd day of November, 2011.

mbh

                                *s/Hugh Lawson*
                                **HUGH LAWSON, SENIOR JUDGE**